Filed 10/16/13  P. v. Plummer CA2/6
**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

| | |
|---|---|
| THE PEOPLE, | 2d Crim. No. B248331 |
| Plaintiff and Respondent, | (Super. Ct. No. BA397164) |
| | (Los Angeles County) |
| v. | |
| CARLEISHA PLUMMER, | |
| Defendant and Appellant. | |

A jury found Carleisha Plummer guilty of first degree residential burglary (Pen. Code, § 459) and felony evading a peace officer (Veh. Code, § 2800.2, subd. (a)).  The trial court imposed the middle term of four years for burglary and a concurrent two-year term for evading a peace officer.  We affirm.

### FACTS

On April 30, 2012, Maria Buffington returned to her residence after work. She found her front door frame had been splintered and the door was open.  Items had been scattered around every room.  Missing was an electronic game console and controller, a pillow case, a pair of socks and a container for Lenten offerings to her church.

Earlier, a neighbor had seen a woman knock on Buffington's door and walk away.  A short time later, three men broke into Buffington's residence.  Neighbors called

the police. One neighbor reported that the suspects were driving away in a silver Volkswagen, license number 6URU557.

As the police arrived, witnesses were pointing out the Volkswagen. The police activated their emergency lights and siren and pursued the Volkswagen in marked patrol cars. The Volkswagen accelerated to approximately 60 miles per hour, swerving, straddling lanes and running stop signs.

Eventually, the Volkswagen pulled sharply to the curb and stopped. Plummer was in the driver's seat. In the trunk, police found a game console, pillow case, socks and the container with the Lenden offerings.

## DISCUSSION

We appointed counsel to represent Plummer on appeal. After counsel's review of the record, she filed an opening brief raising no issues. Counsel declared that she has advised Plummer of her right to file a supplemental brief within 30 days of the filing of the opening brief. We have received no such supplemental brief.

We have conducted an independent review of the record and are satisfied Plummer's attorney has fully complied with her responsibilities and that no arguable issues exist. (*People v. Wende* (1979) 25 Cal.3d 436, 441.)

The judgment is affirmed.

NOT TO BE PUBLISHED.


GILBERT, P.J.

We concur:



YEGAN, J.



PERREN, J.

2

Craig Richman, Judge

Superior Court County of Los Angeles

_____

Linn Davis, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.